AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Beardslee<br><br>*Defendant.* | Case No.  16-6110-SNOW |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/27/2016 - 2/28/2016__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252(a)(2) and (b)(1) | That the defendant did knowingly receive and distribute, any visual depiction, using any means and facility of interstate and foreign commerce and that has been shipped and transported in interstate and foreign commerce by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1). |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Laura A. Schwartzenberger, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/15/16

*Judge's signature*

Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

City and state: Fort Lauderdale, Florida

# AFFIDAVIT

I, Laura A. Schwartzenberger, being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since 2009. Currently, I am assigned to the investigation of cases involving crimes against children. Among my responsibilities as a Special Agent are investigating crimes that involve the sexual exploitation of children to include the possession, production, receipt and distribution of child pornography. I make this affidavit in support of a criminal complaint charging Nicholas Beardslee (BEARDSLEE) with receipt and distribution of child pornography in violation of Title 18 U.S.C. section Sections 2252(a)(2) and (b)(1).

2. The statements in this affidavit are based upon my investigation, information provided by other law enforcement officers, personnel specifically trained in the seizure and analysis of computers and electronic media, and on my experience and training as a Special Agent of the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have set forth only the facts I believe are necessary to establish probable cause to believe that BEARDSLEE has committed a violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1)

## BACKGOUNG OF THE INVESTIGATION

3. On October 28, 2015, the San Antonio Division of the FBI executed a search warrant and interviewed a subject of a separate investigation (hereinafter San Antonio). During his interview, the subject provided that he used the telephone application known as Kik Messenger to collect and distribute child pornography. The subject advised that he chats with people using the Kik Messenger and trades images and videos of child pornography with those users. The subject also advised that he uses the cloud storage services Dropbox and Mega in

order to receive and store child pornography. He explained that on Kik Messenger he posts links to child pornography on these cloud services and in turn he receives links to cloud storage files from other Kik users, many of which contain child pornography.

4. A forensic analysis was conducted of the Kik messaging application stored on San Antonio Subject's Apple iPhone. The forensic analysis revealed a large number of images and videos, many depicting children engaged in sexually explicit conduct. The images and videos included infants, newborns, bondage, bestiality, and torture. It was determined that San Antonio Subject was a member of a Kik Messenger group titled "youngtorture." The subject joined "youngtorture" on or about October 21, 2015. There are approximately thirty members in this group. One of the other members of the "youngtorture" group is Kik username "rogerthatoverover." The subject's iPhone stored the group's postings from approximately October 21, 2015 to approximately October 27, 2015. During that timeframe, the group posted approximately ninety-eight images that were shared between the members of the group. Kik username "rogerthatoverover" posted two image files from videos on approximately October 21, 2015. The first file depicts a young female child naked with her legs spread being penetrated by an adult male penis. The second file depicts a young female child naked with her legs spread with her groin area bound with ropes. Other users posted images in the same time period depicting nude young children bound, gagged, whipped and bleeding, and engaged in sex acts with adults.

5. Pursuant to their forensic analysis, the San Antonio Division further advised that "rogerthatoverover" is also an administrator for a second Kik group titled "Viponly 0 2 14." This group's postings for the period of approximately October 23, 2015 to approximately October 28, 2015 were also extracted from San Antonio Subject's iPhone. During this

2

timeframe, the group posted over one hundred fifty images that depict infants and young children, bound, gagged and engaged in sex acts with adults. On approximately October 26, 2015, Kik username "rogerthatoverover" posted two still image files to this group taken from videos files. The first image depicts an adult performing oral sex on a young female child's vagina. The second image depicts a nude prepubescent female lying on the lap of an adult male, the child's legs are spread apart and the adult male's right hand is over the child's vagina.

6. On December 2, 2015, the San Antonio Division issued an administrative subpoena to Kik Messenger for all members of the "youngtorture" group, to include Kik username "rogerthatoverover." On December 3, 2015, Kik Messenger responded to the administrative subpoena and provided the most recent IP addresses used to access Kik Messenger by "rogerthatoverover. Kik provided that the IP address 67.191.1.24 was used by "rogerthatoverover" to access Kik Messenger on November 28, 2015, at 22:46:14 EST; December 1, 2015, at 23:23:00 EST; and December 3, 2015, at 07:06:20 EST.

7. On February 1, 2016, an administrative subpoena served on Comcast for subscriber information for the IP address 67.191.1.24 revealed that for the dates and times listed above, the IP address was assigned to an individual with the initials A.B. residing at Street, Pompano Beach, Florida 33062.

8. Accurint and Clear database checks on the above mentioned residence indicated that an individual with the initials A.B. resided at that residence.

9. On February 22, 2016, the Miami Division issued another administrative subpoena to Kik Messenger for information pertaining to Kik username "rogerthatoverover." Kik Messenger responded to the subpoena on February 24, 2016, with the same subscriber

3

information as provided above that IP address 67.191.1.24 was used by "rogerthatoverover" to access Kik Messenger on February 24, 2016, at 05:26:21 UTC.

10. On February 23, 2016, the Miami Division conducted surveillance at the residence and determined it to be a single family residence. A check for wireless networks was conducted, and no unsecured wireless networks were detected.

11. 28. On March 2, 2016, the Miami Division again conducted surveillance at the residence. A black Jeep Grand Cherokee, bearing Florida tag          X, and a silver Kia Sorento, bearing Florida tag          were observed parked in the driveway. A Florida Driver and Vehicle Information Database (DAVID) check was conducted on the tags, and it was determined that Florida tag          is registered to an individual with the initials A.B. at the residence. On the same date, at approximately 6:59 a.m., a woman, who appeared to be the same woman depicted in the driver's license photograph for the individual with the initials A.B. obtained from DAVID, was observed exiting the resience.

11. On March14, 2016, a federal search warrant was served at the residence located at          Street, Pompano Beach, Florida. It was determined that A.B., Nicholas Beardslee, and their two minor resided at that address.

12. At the scene, computer forensic examiners conducted a forensic preview of An iPhone. FBI computer forensic examiners found the Kik Messenger application on the iPhone. The Kik application settings on the BEARDSLEE's iPhone were accessed, and the Kik username was determined to be "rogerthatoverover," the screen name was determined to be "Sam Squatch," and the email address was determined to be          gmail.com.

13. Several Kik message threads were found in the Kik application. One of the message threads located was that between Kik username "rogerthatoverover" and Kik screen

4

name "Mr p." In the message thread, on 02/28/2016, at approximately 10:51 PM, "rogerthatoverover" posted a still image of a video file that depicts a female child, who appears to be under the age of twelve, wearing only a shirt, lying on a bed, with her buttocks and vagina exposed. In the same message thread between Kik username "rogerthatoverover" and Kik screen name "Mr p," on 01/06/2016, at approximately 10:49 PM, "rogerthatoverover posted a still image of a video file depicting a female infant, wearing only socks, with her face partially covered. The infant's hands and legs are bound with rope.

14.  In another message thread located on the iPhone between Kik username "rogerthatoverover" and Kik screen name " - - ", on 01/26/2016, at approximately 10:09 PM, "rogerthatoverover" posted a still image of a video file depicting the nude stomach, vagina, and thighs of a female child, who appears to be under the age of twelve. An adult male penis is touching the female's vagina. In another still image of a video file posted at approximately the same time by "rogerthatoverover," a hand is shown touching a female child's vagina. The child appears to be a toddler. At approximately the same time, "rogerthatoverover" received a still image from " - - ", depicting a female child, who appears to be under the age of ten, performing oral sex on an adult male penis.

15.  Also retrieved from the iPhone was a message thread from the group "Vip 2". On 01/31/2016, at approximately 9:58 AM, Kik screen name "Blkbbw Sherrie" posted a still image of a video file depicting the nude stomach, vagina, and upper legs of a female, who appears to be under the age of five. An adult male penis is touching the female child's vagina. On 01/27/2016, at approximately 11:40 PM, Kik screen name "Blkbbw Sherrie" posted a still image of a video file depicting a child, who appears to be under the age of five, with an adult male penis in his or her mouth.

5

16. During a post Miranda interview on 03/14/2016, at the FBI office, BEARDSLEE admitted to using the Kik Messenger application on his iPhone 6. He stated that his screen name on Kik Messenger is "Sam." BEARDSLEE could not remember what the rest of his screen name is or what his Kik username is. BEARDSLEE was asked if his Kik username is "rogerthatoverover," and he stated that it is. He was asked if his Kik screen name is "Sam Squatch," and he stated that it is. BEARDSLEE admitted to receiving and sending child pornography over the Kik Messenger application. He also admitted to being a member of Kik groups which consist of other individuals who send and receive child pornography over Kik Messenger. He advised that he believes that some of the group members produce child pornography and some molest children.

17. BEARDSLEE was placed into custody and transported to the Marshal's for processing.



## CONCLUSION

18.  Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that from on or about 1/27/2016 through on or about 2/28/2016, BEARDSLEE did knowingly receive and distribute images of child pornography in violation of Title 18, United States Code, Section Sections 2252(a)(2) and (b)(1).

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
Laura A. Schwartzenberger
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 15 day of March, 2016.

*[signature]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 16-6110-SNOW

## BOND RECOMMENDATION

DEFENDANT: Nicholas Beadslee

Pre-Trial Detention

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____ (For)
AUSA:   M. Catherine Koontz

Last Known Address: _____

What Facility: _____

Agent(s): Laura Schwartzenberger, FBI
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)