UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60069-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

NICHOLAS BEARDSLEE,

      Defendant.

_____/

### DEFENDANT'S NOTICE OF STRIKING

      Defendant, Nicholas Beardslee, by and through undersigned counsel hereby strikes docket entry number 22 as it contains a scrivener's error.

                Respectfully submitted,

                MICHAEL CARUSO
                FEDERAL PUBLIC DEFENDER

By:    _____*s/ Michael Spivack*_____
                Michael Spivack
                Assistant Federal Public Defender
                Florida Bar No. 0508969
                One East Broward Boulevard, Suite 1100
                Fort Lauderdale, FL   33556
                Tel. (954) 356-7436
                E-Mail: michael_spivack@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on <u>April 20, 2016</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


By:   <u>  *s/ Michael Spivack*           </u>
Michael Spivack