UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.    16-60069-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| NICHOLAS BEARDSLEE. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

## SUPPLEMENTAL RESPONSE TO THE STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case, files this supplemental response with an attachment containing the FD-302 documenting a statement made by Nicolas Beardslee. The attachment to this response was sent via electronic mail to defense counsel of record on April 20, 2016.

Respectfully submitted,

WIFREDO A. FERRER

UNITED STATES ATTORNEY

By:    /s/ M.Catherine Koontz
M. Catherine Koontz
Special Assistant United States Attorney
Court No. A5501929
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5940
Fax: (954) 356-7336

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by electronic mail this 20th day of April, 2016 to counsel of record.

      **/s/ M.Catherine Koontz**
M. Catherine Koontz
Special Assistant United States Attorney