UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff,

-v-

Nicholas Beardslee

Defendant.

CASE NO: 16-60069

AUSA: Catherine Koontz

Def. Counsel: Michael Spivack

Courtroom Deputy: Karen A. Carlton-DeAngelus

Court Reporter: Francine Salopek

Interpreter: _____

### CHANGE OF PLEA MINUTES

On April 22, 2016, the above-named Defendant appeared in person before the Honorable William P. Dimitrouleas, United States District Judge and said Defendant stated in Open Court that he/she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to Count(s) One & Two of the Indictment/Information.

(✓) After the Defendant was duly sworn, the Court made inquiry as to guilt.

( ) The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

( ) The Court did not accept the Defendant's plea at that time

Whereupon:

( ) The Court proceeded to pronounce sentence. ( See J&C )

(✓) The Court postponed sentencing until July 12, 2016 @ 1:45;

( ) The Defendant was allowed to remain on present bond

( ) The Defendant remained in custody pending sentencing

( ) The Defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

The U. S. Attorney announced Count(s) Three would be dismissed on the government's motion at sentencing.

(✓) A Written Plea Agreement was filed with the Court.

(✓) A Factual Proffer was filed with the Court.

Time in Court: 35 min.